NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL LOPEZ, | No. 17-55541 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-03315-AB-PLA |
| v. | |
| GARCIA APARTMENTS, LLC, a California Limited Liability Company and ARCADIO CASTILLO, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Andre Birotte, Jr., District Judge, Presiding

Submitted December 20, 2017**
San Francisco, California

Before: TROTT, McKEOWN, and WATFORD, Circuit Judges.

We affirm for the reasons provided by the district court in its "Order Re

Attorneys' Fees on Remand," dated April 19, 2017.

**AFFIRMED**.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).